FILED

SEP 2 2 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JENNIFER KILNAPP,** | ) | CASE NO.: 1:22-CV-01225-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| **CITY OF CLEVELAND**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**EXHIBIT TO DEFENDANT'S ANSWER: EXHIBIT B**

Please take notice that Defendant Bailey Gannon ("Defendant"), in his personal capacity, manually filed Exhibit B: a DVD containing footage from Officer Gannon's Wearable Camera System from July 20, 2020, also known as *Extraction_1.1)_(Clip 1.1)_2003_E._81_UDFIT_#20-03_Gannon_#1579*. This video was not filed electronically because the format and electronic file size could not be converted to a format accepted by CM/ECF.

Respectfully submitted,

By: ______________________________
JAMES R. RUSSELL, JR. (0075499)
Assistant Director of Law