Ohio | Bureau of Workers' Compensation

30 W. Spring St.
Columbus OH 43215-2256

Governor **Mike DeWine**
Administrator/CEO **Stephanie McCloud**

www.bwc.ohio.gov
1-800-644-6292

11/18/2021
Date Mailed

#BWNFVSQ
#XX10015560815#

JENNIFER KILNAPP
15822 MEIGS BLVD
BROOKPARK OH 44142-2973

| | | | |
|---|---|---|---|
| Injured worker: | JENNIFER KILNAPP | | |
| Claim number: | 20-151465 | Employer's name: | CLEVELAND |
| Injury date: | 07/20/2020 | Policy number: | 31805502-0 |
| Claim type: | Accident | Manual number: | 9431-000 |

The claim has been previously allowed for the following medical condition(s):

| Description | Body Location | Part of Body |
|---|---|---|
| GUNSHOT WOUND AXILLA | Right | |
| GUNSHOT WOUND | Right | Biceps |
| POST-TRAUMATIC STRESS DISORDER, UNSPECIF | | |
| GUNSHOT WOUND | Right | Forearm |
| CONTUSION OF LUNG, UNSPECIFIED | | |
| PUNCTURE WOUND WITHOUT FOREIGN BODY OF R | Right | |
| NEUROPRAXIA | Right | Upper Limb |

The Ohio Bureau of Workers' Compensation (BWC) has made the following decision(s).

The injured worker received full salary from the employer from 07/21/2020 to 10/20/2021 in lieu of receiving temporary total compensation (TT) benefits from BWC. BWC will begin paying TT 10/21/2021. Payment of TT will not be extended beyond 12/01/2021 without the submission of a new Request for Temporary Total Compensation (C-84) from the injured worker and supporting medical evidence.

Changes in the evidence on file, such as a release to return to work, may result in termination of TT benefits. BWC will communicate with the parties in the claim regarding changes that will impact the payment of TT.

After the first 12 weeks, temporary total compensation benefits, if granted, are payable at the rate of $841.29 . This rate is 66 2/3 percent of the average weekly wage, or is the maximum or minimum allowable amount based on the statewide average weekly wage in effect at the date of injury.

The decision regarding temporary total compensation benefits and/or salary continuation is based on : Injured worker received Hazardous Duty Injury pay beginning 07-21-2020 to 10-20-2021. TTDC is granted beginning 10-21-2021 less SICK TIME received from the employer of record. TTDC is granted based on allowed "Post Traumatic Stress Disorder" based on the psychological physician review of Dr. Rogers dated 11-11-2021. There is insufficient evidence to support TTDC for allowed physical conditions based on the physical physician review of Dr. Wachendorf dated 11-15-2021.

The injured worker may be eligible for vocational rehabilitation services which provide an individualized and voluntary program for an eligible injured worker who needs assistance in safely returning to work or in retaining employment. This program can be tailored around an injured worker's restrictions, and may provide job seeking skills or necessary retraining. Please contact BWC or the managed care organization for more information regarding rehabilitation services.

This award is subject to any applicable family support order.

In accordance with the Authorization to Receive a Workers' Compensation Check (C-230) dated 11/02/2021, payment of compensation for accrued benefits will be made in care of:

BASHEIN & BASHEIN
50 PUBLIC SQ STE 3500
CLEVELAND, OH 44113-2216

Ohio law requires that BWC allow the injured worker or employer 14 days from the receipt of this order to file an appeal. If the injured worker and employer agree with this decision, the 14-day appeal period may be waived. Both parties may submit a signed waiver of appeal to BWC. The Waiver of Appeal (C-108) is available through your local service office. Or you can log on to www.bwc.ohio.gov, select Workers, then click on Forms.

If the injured worker or the employer disagrees with this decision, either may file an appeal within 14 days of receipt of this order. Appeals are filed with the Industrial Commission of Ohio (IC), either via the internet at www.ic.ohio.gov or at any IC office, including the following one closest to the injured worker's home:

IC CLEVELAND REGIONAL OFFICE
615 SUPERIOR AVENUE, NORTHWEST
CLEVELAND OH 44113-1898

If there are any further questions concerning this decision, contact the claims service specialist listed below.

THIS DECISION BECOMES FINAL IF A WRITTEN APPEAL IS NOT RECEIVED WITHIN 14 DAYS OF RECEIVING THIS NOTICE.

Corlette R
Phone number: (216) 584-0151
Fax number: (866) 336-8352

cc:
BASHEIN & BASHEIN
CITY OF CLEVELAND
GALLAGHER SHARP ET AL
Sedgwick Claims Management Services