UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 22-4059

Filed: September 01, 2023

JENNIFER KILNAPP

    Plaintiff - Appellee

1:22cv1225 - CAB

v.

CITY OF CLEVELAND, OH; DORNAT DRUMMOND, in his official capacity as City of Cleveland Chief of Police

    Defendants

and

BAILEY GANNON, in his official and personal capacity

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 07/21/2023 the mandate for this case hereby issues today.  Affirmed

COSTS: None