IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JENNIFER KILNAPP,** | ) | CASE NO.: 1:22-CV-01225-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| **CITY OF CLEVELAND**, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STATUS REPORT AND REQUEST FOR TELEPHONE STATUS CONFERENCE**

Defendant Bailey Gannon ("Officer Gannon"), pursuant to this Court's prior orders, submits this status report and request for a telephone status conference. On February 13, 2023, this Court issued an Order that the parties should file a report following an appellate decision in this matter. On September 5, 2023, this Court received a mandate from the Sixth Circuit that affirmed this Court's decision on Officer Gannon's Motion for Judgment on the Pleadings and returned the case to this Court for disposition. Counsel for Officer Gannon conferred with counsel for all other parties for this Court's convenience and represents that all counsel are available for a telephone status conference on October 16 (in the afternoon), October 18 (at any time of day other than between 12:00 pm and 2:00 pm), and October 19 (anytime). Officer Gannon requests that

1

this Court set this matter for a telephone conference to discuss dates and deadlines for a scheduling order in this case.

                                        Respectfully submitted,

By:    */s/ J.R. Russell*
        James R. Russell, Jr. (0075499)
        Chief Assistant Director of Law
        Affan Ali (0085698)
        Assistant Director of Law
        City of Cleveland, Department of Law
        601 Lakeside Avenue, Room 106
        Cleveland, Ohio 44114-1077
        Tel: (216) 664-2800
        Fax: (216) 664-2663
        Email: aali2@clevelandohio.gov
        Email: jrussell2@clevelandohio.gov
        *Attorneys for Defendant Bailey Gannon*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed electronically on the 12th day of September, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                        */s/ J.R. Russell.*
                                        James R. Russell, Jr. (0075499)