### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| JENNIFER KILNAPP, ) | CASE NO.:  1:22-CV-01225-CAB |
| ) | |
| Plaintiff, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| vs. ) | |
| ) | |
| CITY OF CLEVELAND, *et al.*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANTS' JOINT MOTION TO EXTEND THE PAGE LIMITATION ON MEMORANDA RELATING TO MOTIONS FOR SUMMARY JUDGMENT BY NOT MORE THAN FIVE PAGES

Defendants Bailey Gannon and City of Cleveland (collectively, "Defendants") pursuant to Local Rule 7, request leave to file Memoranda in Support of their Motions for Summary Judgment that exceed the twenty (20) page limitation by not more than five (5) pages. Under Local Rule 7.1(f), without prior approval, memoranda relating to dispositive motions must generally not exceed (20) pages for standard and unassigned cases. *L.R. 7.1(f)*. However, this Court has discretion to modify that requirement by order. *Id.*

There are different issues to address and several legal authorities relating to the issues involved with this case. Thus, Defendants request that this Court grant the parties leave to file Memoranda relating to Motions of Summary Judgment that do not exceed twenty-five (25) pages,

instead of the twenty (20) pages set forth in the Local Rules. Counsel for Plaintiff was contacted about this Motion in advance of filing and does not object to the same.

                                              Respectfully submitted,

By:   */s/ J.R. Russell*
      James R. Russell, Jr. (0075499)
      Chief Assistant Director of Law
      Affan Ali (0085698)
      Assistant Director of Law
      City of Cleveland, Dept. of Law
      601 Lakeside Avenue, Room 106
      Cleveland, Ohio 44114-1077
      Tel: (216) 664-2800
      Fax: (216) 664-2663
      JRussell2@clevelandohio.gov
      Aali2@clevelandohio.gov
      *Attorneys for Defendant Officer Bailey Gannon*

By: s/*Michael J. Pike*
      William Menzalora (0061136)
      Chief Assistant Director of Law
      Michael J. Pike (0074063)
      Assistant Director of Law
      Carli R. Young (0095433)
      Assistant Director of Law
      City of Cleveland, Department of Law
      601 Lakeside Avenue, Room 106
      Cleveland, Ohio 44114
      Tel:    (216) 664-2800
      Email: WMenzalora@clevelandohio.gov
      Email: MPike@clevelandohio.gov
      Email: CYoung2@clevelandohio.gov
      *Attorneys for Defendant City of Cleveland*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed electronically on the 30th day of August, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ J.R. Russell.*
James R. Russell, Jr. (0075499)