**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JENNIFER KILNAPP,** | ) | **CASE NO. 1:22CV1225** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **CITY OF CLEVELAND, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CHRISTOPHER A. BOYKO, J.**:

Per the Mandate entered on March 17, 2026, the Sixth Circuit Court of Appeals vacated and remanded this Court's decision denying summary judgment in Defendant Bailey Gannon's favor. The appellate panel found that Plaintiff Jennifer Kilnapp could not prevail on the clearly-established-law prong of the qualified immunity analysis; and therefore, Defendant Gannon is entitled to qualified immunity on Plaintiff's Fourth Amendment claim.

The Court did not address Plaintiff's Fourteenth Amendment claim in its prior decision. The Court orders the parties to confer and submit, by March 26, 2026, an agreed statement whether they intend to rest on their briefing or would prefer that the Court set a summary judgment briefing schedule on Plaintiff's Fourteenth Amendment claim only.

**IT IS SO ORDERED.**

DATE: 3/19/2026          s/Christopher A. Boyko
                        **CHRISTOPHER A. BOYKO**
                        **United States District Judge**